FILED - USDC -NH
2026 MAR 19 PM 1:54

UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

RE: 637-2021-DM-00195

Deborah A Bergeron

_____
Plaintiff(s)

v.

Eric P. Bergeron
L. Johnathon Ross, Atty
Jeffrey Gaumont, Atty

Scott W. Murray Judge
_____
Defendant(s)
Keely Nayes Mediator

COMPLAINT

## Parties to this Complaint

Plaintiff(s)'s Name, Address and Phone Number

Deborah A. Bergeron   Homeless
General delivery 955 Goffs Fall Rd.
Manchester NH 03105

603-951-0708

Defendant(s)'s Name, Address and Phone Number

Eric P. Bergeron  23 Cassandra Lane
Nashua NH 03064

Ross, Atty @ Primmer-
Gaumont, Atty  Merrimack, NH.
Murray, Dist. Crt Judge @ Franklin Dist Court
Keely Nayes, Mediator

Deborah has 3 of the 4 audio transcripts

**Jurisdiction and Venue:**
(Explain why your case is being filed in federal court and why the court is legally
permitted to hear your case. Add additional sheets as necessary.)

Deborah Bergeron, Respondent DISABLED
Mental Health & Sustained serious injury
falling down stairs, head injuries body injury
BROKE severely both WRISTS —
→ Eric Abandoned disabled spouse March 2021 - Leaving to get milk
→ DIVORCE - family Court Franklin, Presided by Scott
Murray.

Atty, Gaumont filed Cross Petition for divorce
  — did not bring evidence & for breakdown
  — Gaumont w/drew representation of Deborah of marriage
Atty Ross Motion - Inadmissable, slander

Judge Murray - deleted divorce record 2wks p̄
final hearing before divorce final, withheld disc
from hearing. Refused Respondent

Deborah - mental health disability on medications
mind altering exacerbated Stress Severe fall broken
bones

Deborah not able to represent self on mind altering
medications. Judge would not provide counsel to her
as well she was NOT medically cleared to vacate
& needed Spousal support to support herself
pursuant to NH law. Health not considered

398

**Statement of Claim:**
(As briefly as possible, state each claim you have against defendant(s) and state the legal cause of action, facts, and circumstances that gave rise to your claim(s). Add additional sheets as necessary.)

Atty Ross, Eric Bergern & Judge went into Judge Chambers @ hearing on Mtn for Reconsideration leaving Deborah in court alone.
Based on what Deborah brought to court that day to Answer the Granted Mtn for Reconsideration hearing without prejudice. A witness saw the 3 go in to judges Chambers.

Eric Bergern — HID Assets over 30 MILLION $ in assets not disclosed on financial affidavit — lied about income, trust in probate — NO trust not in probate. Changed financial Affidavit 4 times —> WAS NOT supposed to have Deborah's still on his affidavit.

Judge knew Deborah could not support self.

Atty Ross — threatened Deborah any monies she recieved could not be used to Get Counsel.

Atty Ross — president of NH Bar Association & on board/chair of legal aid.

Deborah was not able to get counsel.

Due to her Mental disability could not defend herself.

3 of 8

**Relief Requested from the Court:**
(Briefly state exactly what you want the Court to do for you. Add additional sheets as necessary.)

Eric Bergeron earns almost 1 million dollars/year.
- It has been discovered during divorce he owned 4 properties. Has over 7 bank accounts. Was w/drawing funds of $15,000 every day. Has accounts in his name & deceased mothers name currently

Has claimed Deborah as dependant on federal returns After divorce @ 2 different addresses.

At Mediation = Eric was not present/lawyer atty Ross did all speaking.

Deborah requested spousal support - Keely Noyes who worked previously @ firm w/ Atty Ross (conflict interest) asked Deborah "Why do you think you're entitled to spousal support"? Deborah answered — I am unable to support myself disability alone, per law I must be able to support myself, My health considered. I am permanently disabled, deemed unable to work. Atty Ross said if I do not sign off from spousal support that I will not get any money, Deborah has a witness that heard threat.

Deborah & Eric did not go before Judge regarding/signing off spausal support.

Never went to a court to sign divorce papers. Deborah was sent via USPS by Russ & told to sign & return.
No Notary of any signatures. Russ has office notary.

Atty Gaumont - only went to one hearing has bill of laden to miss one $3500 in pymts I have reciepts. He charged nearly $10,000.

Clerk Timothy Gudas suggested I call - he didn return calls — to ask — out of professional courtesy for Gaumont to Refund all monies.
I went w/a witness to Gaumont's office on Friday March 13, 2026 to ask refund - Atty Gaumont became aggressive & lunged @ me screaming get out of his office.

An order by Judge Murray for $13,950 has not been paid - Eric Bergeron was to deposit into Deborah acct on the day of court in July - but his Attorney Ross instructed him not to do instruction of order. - Eric text msgs threaten & set up to have me beatup @ storage unit.

The hidden assets of Eric Bergeron not disclosed - Judge did not order Spousal support knowing based on Deborah fin. Affidavit She couldn support self.

Eric texted he will spend thousands - That I only get hundreds & will ruin me.

Deborah Mental Health could not / should not have been Pro Se

Person through every hearing discussed but never subpoenaed to defend themselfs

House never appraised even the Judge asked

Deletion of divorce record before divorce final

NO NOTARIZED DIVORCE -

Franklin has PFA Program that was never offered to Deborah

6 of 8

## Jury Demand

☐ Check this box if you are requesting a jury trial (if you want a jury of your peers to decide your case).

☐ Check this box if you are NOT requesting a jury trial (if you want the assigned judge to decide your case).

Date: _March 19, 2026_

Signature: _Deborah A Berglin_